# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

**FERNANDO GALINDO**
CLERK OF COURT

ALEXANDRIA
NEWPORT NEWS
NORFOLK
RICHMOND

April 23, 2008

Clerk, United States District Court
Northern District of California
Internal Box 36060
San Francisco, CA

CR 08-223 SI

FILED
APR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   1513282
      United States of America V. Paul Francis Dessureau

Dear Sir/Madam,

   Please find certified copies of the Transfer of Jurisdiction, Judgment, and docket sheet in the above entitled matter, having been transferred to your district pursuant to 18 U.S.C. 3605.

Please acknowledge the receipt of these documents on the duplicate of this letter and return.

Thank you.

Fernando Galindo, Clerk of Court

By: _____
Jennifer Clark, Deputy Clerk

cc: U.S. Probation Office

| PROB 22 (Rev12/06) | | | DOCKET NUMBER (Tran. Court) 1543282 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** FILED E-filing | | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Paul Francis Dessureau 2570 21st Avenue San Francisco, California 94166 | DISTRICT EASTERN DISTRICT OF VIRGINIA | | DIVISION Alexandria, Virginia |
| | NAME OF SENTENCING JUDGE The Honorable John F. Anderson | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02-21-08 | TO 02-20-09 |

| OFFENSE |
|---|
| Driving While Intoxicated |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 14, 2008
*Date*                                              *United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

24 March 2008
*Effective Date*                                    *United States Magistrate Judge*

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__    FEB 21 2008

UNITED STATES OF AMERICA

V.

Paul Dessureau

(Name of Defendant)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed Prior to November 1, 1987)

Case Number: 1513280, 1513281, and 513282

Steven L. Duckett, Jr., Esquire
Defendant's Attorney

## THE DEFENDANT:

X   pleaded guilty to count(s) __1513282__.

☐   was found guilty on count(s) _____
    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | Driving While Intoxicated | 12/26/07 | 1513282 |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

The defendant has been found not guilty on count(s) _____
and is discharged as to such count(s).

X   Count(s) __1513280 and 1513281__   (is) X (are) dismissed on the motion of the United States.

## IT IS THE JUDGMENT OF THIS COURT THAT:

Defendant is placed on **SUPERVISED** probation for a period of **ONE (1) year**.
  Special conditions of probation are as follows:
1. Defendant shall enter and complete an alcohol treatment program at the direction of the probation officer.
2. Commencing February 21, 2008, and continuing for ONE (1) year, the defendant may operate a motor vehicle only (a) to and from work, (b) during the course of work, if required as an incident of employment, (c) to and from volunteer work; which will include travel to visit with special needs child; and (d) to and from this court, the probation office and the alcohol treatment program.
3. The defendant shall serve TWO (2) days in the Bureau of Prisons at the direction of the probation officer. Weekends are permitted.
4. The defendant shall serve THREE (3) days of home confinement at the direction of the probation officer. Weekends are permitted.

Defendant shall pay a $500.00 fine and a $25.00 processing fee as to TVN 1513282; to be paid by March 21, 2008.

**In addition to any conditions of probation imposed above. IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.**

## CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this judgment, the defendant:

1) shall not commit another federal, state or local crime;
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
15) shall pay any fine or obligation imposed by this judgment;
16) shall not possess a firearm or destructive device.

**X** IT IS FURTHER ORDERED that the defendant shall pay a special assessment of  10.00 , for 1513282 , which shall be   immediately   as follows:   paid by March 21, 2008

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

The court orders commitment to the custody of the Attorney General and recommends:

Defendant's Soc. Sec. No.: 

Defendant's Date of Birth: 1963

Defendant's Mailing Address:

Defendant's Residence Address:

February 21, 2008
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

John F. Anderson - United States magistrate Judge
Name and Title of Judicial Officer

February 21, 2008
Date

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

United States Marshal

By _____
Deputy Marshal

# OFFENSE DOCKET SHEET AND JUDGMENT ORDER

Judicial Officer: JOHN E. ANDERSON

Location: PARK POLICE - EV66

Date of Proceedings: FEBRUARY 21, 2008

COURTROOM # 400

| Name | Offense | Date | Officer | | | | | | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| DESSUREAU, Paul | Failure To Stay In Single Lane | 12/26/07 | Mace | | | | | | dismissed — pd |
| " | D.U.I | " | " | | | | | | dismissed — pd |
| " | D.W.I w/BAC of .08% or More | " | " | Stephen Duckett | G G | 25 | 10 | 500 | 1 W. Supervised Probation R.O.L. and ASAP — pd |
| DOMMU, Jeremy | Failure To Stay In Single Lane | 10/20/07 | Mace | | | | | | DO NOT REPORT TO DMV — dismissed pd |
| " | Defective Brake Lights | " | " | | | | | | dismissed pd |
| " | Speeding 55/40 | " | " | Stephen Duckett | G G | 25 | 10 | | 2 days BOP - 3 days home confinement — pe |
| AHUJA, Natasha | Fail To Stay In One Lane | 11/25/07 | McSherry | | | 25 | 10 | 75 | dismissed pd |
| " | D.U.I | " | EV66 | atty Scarborough | | | | | dismissed pd |
| " | D.W.I w/BAC of .08% or More | " | " | | | | | | DO NOT REPORT TO DMV — 1 W. Supervised Probation R.O.L. ASAP — pd |

In Court Time: 1 HOURS 00 MINUTES

(FTR) Signature of Judicial Officer _____

Date 2-21-08

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK